UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT JAMES JOHNSON,
    Plaintiff,

v.                                      Case No.: 3:16cv500/MCR/EMT

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,
    Defendant.
_____/

# **O R D E R**

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated February 28, 2018 (ECF No. 11). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The decision of the Commissioner is **AFFIRMED**, and this action is

**DISMISSED**.

3. **JUDGMENT** shall be entered, pursuant to sentence four of 42 U.S.C. § 405(g), **AFFIRMING** the decision of the Commissioner.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** this 23rd day of March 2018.

*M. Casey Rodgers*
------------------------------
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**